UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20159-CIV-GOLD/MCALILEY

SALVATORE SALVAT,

      Plaintiff,

v.

GOLDEN EAGLE PROTECTIVE
SERVICES, INC. and ALIENWARE
CORPORATION,

      Defendants.

_____/

## ORDER REQUIRING SUBMISSION OF SETTLEMENT AGREEMENT; ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court on Mediator's Report filed on July 1, 2008 [DE 27], which represented that this case has settled. In accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties shall submit the settlement agreement, including the net amount to be received by Plaintiff after attorney's fees and costs. This agreement may be filed as part of the docket or submitted via email to Gold@flsd.uscourts.gov for in camera review. If the parties elect to submit the settlement agreement via email, the subject line for the email must include the case name and number and "settlement agreement." Failure to submit this agreement within the time specified below may be cause for dismissal without further notice to the parties.

In addition, based on the Mediator's Report, I will administratively close this case, pending the submission of documents to close this case and the settlement agreement. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1.    The parties shall submit the settlement agreement, including the net amount

to be received by Plaintiff, by July 25, 2008.

2.    This case is administratively closed.

3.    The oral argument set for July 25, 2008 is CANCELLED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of July, 2008.

_____

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record

2