UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20159-CIV-GOLD/MCALILEY

SALVATORE SALVAT,

     Plaintiff,

v.

GOLDEN EAGLE PROTECTIVE
SERVICES, INC., et al.,

     Defendants.

_____/

## DISMISSING ACTION WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court on the Stipulation for Dismissal with Prejudice [DE 29] filed on July 14, 2008.  The parties request that I dismiss this action with prejudice, with each party to bear its own costs and fees.  In accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties have submitted the settlement agreement and the net amount to be received by Plaintiff.  Based on my review of this information, I approve the Settlement Agreement and dismiss this action with prejudice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1.     The Settlement Agreement is approved.

2.     This case is DISMISSED with prejudice.

3.     This case is CLOSED.

4.     All pending motions are DENIED as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July, 2008.

_____

**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record